UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60652-RAR

**ALEXANDRE DINIZ DA COSTA MENDES**, *et al.*,

    Plaintiffs,

v.

**ATTORNEY GENERAL OF THE UNITED STATES**, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Plaintiffs' Complaint for Writ of Mandamus, Declaratory, and Other Relief, [ECF No. 1], filed on April 6, 2023.  Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall show cause why the requested relief should not be granted on or before **June 5, 2023**.  In the event Defendants fail to show good cause, the Court may grant Plaintiffs' requested relief, provided the record supports such relief.  If Defendants do show good cause, Plaintiffs may file a reply within seven (7) days thereafter.  No other pleadings will be allowed.

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**